UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES RIVERA JIMENEZ,<br>A-221-370-309<br><br>      Petitioner,<br><br>  v.<br><br>KRISTI NOEM, et. al.,<br><br>      Respondents. | No.  1:26-cv-01632-DC-DMC (HC)<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS<br><br>(ECF Nos. 9, 10) |

Petitioner, an immigration detainee proceeding with counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On May 15, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties and contained notice that the parties may file objections within the time specified therein. ECF No. 10. Respondents filed objecctions to the findings and recommendations and Petitioner filed a response thereto. ECF Nos. 11, 12. In their objections, Respondents assert they object "[f]or the reasons set forth in Respondents' previous briefing." ECF No. 11. However, Respondents' arguments were addressed by the magistrate judge in this case and have already been rejected by this court in other cases. *See Chateauneuf v. Chestnut*, No. 1:26-cv-01073-DC-JDP, 2026 WL 523695, at *5 (E.D. Cal. Feb. 25, 2026) (finding that where the government asserts a non-pretextual change in circumstance warranting a noncitizen's

1

detention pending removal proceedings, the proper remedy for the government's failure to provide the noncitizen with a pre-deprivation bond hearing is a post-deprivation bond hearing). Thus, Respondents' objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed May 15, 2026, ECF No. 10, are ADOPTED;

2. Petitioner's petition for writ of habeas corpus, ECF No. 1, is GRANTED IN PART as to Petitioner's claim that his detention violates the INA ;

3. Respondents are ORDERED to provide Petitioner Moises Rivera Jimenez (A-Number: 221-370-309) a bond hearing within five days of this order. At this hearing, the government should bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight, and petitioner shall be allowed to have counsel present;

4. Respondents are ORDERED to file a status report, within five days of the bond hearing, confirming that the hearing occurred;

5. Petitioner's motion for expedited ruling, ECF No. 9, is DENIED as having been rendered moot by this order;

6. The Clerk of the Court is directed to serve California City Detention Facility with a copy of this Order; and

/////
/////
/////
/////

2

7.      The Clerk of the Court is directed to enter judgment in favor of Petitioner and close the case.

IT IS SO ORDERED.

Dated:    **May 29, 2026**

_____
Dena Coggins
United States District Judge